# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ronita Michelle Jones,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05-cv-462-3-V

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 31, 2006 Order.

**Signed: January 31, 2006**

Frank G. Johns, Clerk
United States District Court